UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 5:18-cv-00199-FDW

| | |
|---|---|
| ROBERT L. STYLES, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MIKE SLAGEL, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Petitioner's Motion for Issuance of Show Cause Order (Doc. No. 5). Petitioner, proceeding *pro se*, requests the Court to issue an Order requiring Respondent to show cause and respond regarding Petitioner's section 2254 petition for habeas corpus. (Doc. No.5, at 1). However, "[t]he respondent is not required to answer the petition unless a judge so orders." Rules Governing § 2254 Cases, Rule 5(a). The Court has not issued such an Order directing Respondent to answer the petition or otherwise respond, so directing Respondent to show cause is premature at this stage of the case. Therefore, Petitioner's Motion for Issuance of Show Cause Order (Doc. No. 5) is DENIED.

IT IS SO ORDERED.

Signed: March 23, 2020

Frank D. Whitney
Chief United States District Judge